AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Sarah Wolfe)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Terrell Ashby, a/k/a "Jason Brandon"<br><br>_____<br>Defendant | )<br>)  Case No.  20-mj-2182<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Terrell Ashby, a/k/a "Jason Brandon",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2261A(2) (cyberstalking)


Date:   12/17/2020 at 4:09 p.m.                            s/ Hon. Richard A. Lloret
                                                            _____
                                                            *Issuing officer's signature*

City and state:   Philadelphia, Pennsylvania                The Hon. Richard A. Lloret, U.S. Magistrate Judge
                                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/17/2020 , and the person was arrested on *(date)* 12/18/2020
at *(city and state)* WILLIAMSBURG, VA .

Date: 12/18/2020

*Arresting officer's signature*

ELIZABETH BECKER, SA
*Printed name and title*